AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Gary Waxman and Leonard Hammerschlag | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  16-cv-1899 |
| Cliffs Natural Resources Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Gary Waxman and Leonard Hammerschlag                                                                   .

Date:     03/15/2016

s/ Gordon Z. Novod
*Attorney's signature*

Gordon Z. Novod (4063038)
*Printed name and bar number*

Grant & Eisenhofer, P.A.
485 Lexington Avenue-29th Floor
New York N.Y. 10017

*Address*

gnovod@gelaw.com
*E-mail address*

(646) 722-8500
*Telephone number*

(646) 722-8501
*FAX number*