# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

RECEIVED MAY 13 2016 JUDGE SWEET CHAMBERS

DIRECT NUMBER: (212) 326-3690
RMICHELETTO@JONESDAY.COM

218095-132039

May 13, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-16

VIA FAX

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: <u>Waxman v. Cliffs Natural Resources Inc.</u>, No. 16-cv-1899

Dear Judge Sweet:

We contacted your chambers yesterday, Thursday, May 12, 2016, and spoke with your deputy, Tsz Chan. This letter is to confirm that we have conferred with Plaintiffs' counsel and all parties are in agreement that, in light of the forthcoming Motion to Dismiss (to be filed May 16), there is no need for the June 1, 2016 case management conference. Therefore, we respectfully request that the conference be cancelled.

This letter also serves to confirm the parties' agreement that the oral argument on the Motion to Dismiss will occur at noon on September 22, 2016.

Very truly yours,

Robert C. Micheletto

cc: Via email to:

Jay W. Eisenhofer
Gordon Z. Novod
Mark C. Gardy
James S. Notis
Meagan Farmer

So ordered
Sweet
USDJ
5-13-16